**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hendry Hardwoods LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1602815** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1402 Main Street**<br>**Des Arc, AR 72040**<br>Number, Street, City, State & ZIP Code | **PO Box 250**<br>**Des Arc, AR 72040**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Prairie**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Hendry Hardwoods LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3211__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Hendry Hardwoods LLC**                                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                          Relationship _____
District _____   When _____   Case number, if known _____

**11.** **Why is the case filed in *this district?***    Check all that apply:

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Hendry Hardwoods LLC**                                          Case number (*if known*) _____
           Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Hendry Hardwoods LLC**                                      Case number *(if known)*
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 30, 2024**
               MM / DD / YYYY

X **/s/ David Hendry**                                      **David Hendry**
   Signature of authorized representative of debtor         Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ Kevin P. Keech**                                   Date    **July 30, 2024**
   Signature of attorney for debtor                                 MM / DD / YYYY

**Kevin P. Keech 98147**
Printed name

**Keech Law Firm, PA**
Firm name

**2011 South Broadway**
**Little Rock, AR 72206**
Number, Street, City, State & ZIP Code

Contact phone    **501 221 3200**    Email address    **kkeech@keechlawfirm.com**

**98147 AR**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Hendry Hardwoods LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 30, 2024__      X **/s/ David Hendry**
_____
Signature of individual signing on behalf of debtor

**David Hendry**
_____
Printed name

**Manager**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hendry Hardwoods LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Agheritage Farm Credit Service 119 E. Main Little Rock, AR 72201 | | Blanket UCC 1 (Instrument No. 10732060004). 2d lien position on all equipment behind AEDC | | $1,605,513.25 | $0.00 | $1,605,513.25 |
| Arkansas Dept of Fin & Admin DFA, Revenue Legal Counsel P.O. Box 1272 Room 2380 Little Rock, AR 72203-1272 | | Notice Only | | | | Unknown |
| Arkansas Economic Development 900 West Capitol Ave Little Rock, AR 72201 | | All Equipment Lien UCC No. 40000158223328; Cont. No. 40000259443061 | | $77,938.55 | $0.00 | $77,938.55 |
| Fidelity Investments PO Box 770002 Cincinnati, OH 45277 | | Credit Card - may be in the name of David and/or Redonna Hendry | | | | $22,349.73 |
| Greenpoint Ag 14804 N Hwy 79 Altheimer, AR 72004 | | | | | | $9,504.79 |
| Industrial Capital LLC 214 Elm St, Ste 103 Washington, MO 63090 | | | | $2,137.28 | $0.00 | $2,137.28 |
| John Deere Credit P. O. Box 5327 Madison, WI 53705 | | 333G Compact Trackloader SN 369934. | | $29,398.85 | $15,000.00 | $14,398.85 |

Debtor  **Hendry Hardwoods LLC**                           Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Financial P.O. Box 5328 Madison, WI 53705-0328** | | **Multi use account** | | **$40,438.60** | **$0.00** | **$40,438.60** |
| **Merchants & Planters Bank 297 Madison Street Clarendon, AR 72029** | | **Business Credit Card** | | | | **$2,168.00** |
| **Peggy Meitzen Pettie & Meitzen PLLC POB 2604 Batesville, AR 72503** | | **Judgment - See SFA - Judgment for Breach of Contract** | | | | **$21,343.73** |
| **Taylor Leasing 3690 Church Ave. Louisville, MS 39339** | | **Taylor TB-250M; Forklift-value $40k** | | **$139,614.44** | **$40,000.00** | **$99,614.44** |
| **United States Small Business Administration 409 Third St SW Washington, DC 20416** | | **Blanket UCC No. 12889854001** | | **$180,026.34** | **$0.00** | **$180,026.34** |
| **United States Treasury Internal Revenue Service P O Box 7317 Philadelphia, PA 19114** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name   **Hendry Hardwoods LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................   $                **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................   $       **2,898,696.77**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $       **2,898,696.77**

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $       **2,386,533.37**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $                **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$          **55,366.25**

4.   Total liabilities .....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                       $       **2,441,899.62**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Hendry Hardwoods LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **F&M Bank** | | | **$1,000.00** |
| 3.2. | **M&P Bank** | | | **$1,000.00** |
| 3.3. | **Mercants and Planters Bank - Des Arc (Account titled in name of David Hendry and Redonna Hendry, but are funds of Debtor, primarily from collection of A/R).** | **Business Checking** | **3146** | **$25,472.16** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $27,472.16 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor  **Hendry Hardwoods LLC**                                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.1. | **Funds From Sale of Inventory-KLF IOLTA Account. See attached settlement statement.** | $198,486.10 |

| | | |
|---|---|---|
| 7.2. | **Funds collected on A/R from Wabash on 7/2/24. KLF IOLTA.** | $23,999.16 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.
$222,485.26

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**  Log Inventory | | $0.00 | | $692,186.00 |

23.     **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.
$692,186.00

24.     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor    **Hendry Hardwoods LLC**                                Case number *(If known)* _____
              Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 GMC 2500.** | $0.00 | | $49,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment Owned, see spreadsheet** | $0.00 | | $1,268,553.35 |
| **2017 Barko 495B Knuckleboom Serial # 11749524408** | $0.00 | | $165,000.00 |
| **2013 Taylor 360 Lift Truck - paid $120k** | $0.00 | | $119,000.00 |
| **ABM JR Edger, @ saw Blades, Hydraulic System ($60,000) 125 Series Bandsaw Resaw. ($40,000)** | $0.00 | | $100,000.00 |
| **Taylor TB-250M; Forklift-value $40k** | $0.00 | | $40,000.00 |
| **344K Four Wheel Drive Loader SN 033966. UCC No. 16933479001.** | $0.00 | | $75,000.00 |

| Debtor | **Hendry Hardwoods LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **333G Compact Trackloader SN 369934.** | $0.00 | | $15,000.00 |
| **Scales and Scale House. Paid $125,000** | $0.00 | | $125,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,956,553.35 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor   **Hendry Hardwoods LLC**                              Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,472.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $222,485.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $692,186.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,956,553.35 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,898,696.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,898,696.77 |

**Fill in this information to identify the case:**

Debtor name    **Hendry Hardwoods LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Agheritage Farm Credit Service**
Creditor's Name

**119 E. Main**
**Little Rock, AR 72201**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2018**

Last 4 digits of account number
**6600**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket UCC 1 (Instrument No. 10732060004). 2d lien position on all equipment behind AEDC**

**Describe the lien**
**Commercial Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,605,513.25**    Value of collateral: **$0.00**

**2.2**   **Agheritage Farm Credit Service**
Creditor's Name

**119 E. Third Street**
**Little Rock, AR 72201**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Scales and Scale House. Paid $125,000**

**Describe the lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$43,714.00**    Value of collateral: **$125,000.00**

Debtor **Hendry Hardwoods LLC**                                    Case number (if known) _____

Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Agheritage Farm Credit Service** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                                                  $0.00                          $0.00

**2020 FMI 4 Bolster Log trailer VIN 1F9F1AJ26LL494058; 4 BolSter Log Trailer VIN 1F9F1AJ28LL494059; 2 Vulcan Truck and Trailer Scales. Sold 2-3 years ago to Two Nines Trucking - Edwin Wells. Morrilton, AR.**

**119 E. Third Street**
**Little Rock, AR 72201**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/5/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                                         $38,900.00                    $49,000.00

**2022 GMC 2500.**

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Arkansas Economic Development** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**                                         $77,938.55                     $0.00

---

Debtor   **Hendry Hardwoods LLC**                                    Case number (if known) _____
_____
Name

Creditor's Name

**900 West Capitol Ave**
**Little Rock, AR 72201**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**All Equipment Lien UCC No. 40000158223328;**
**Cont. No. 40000259443061**

_____
**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 | **De Lage Landen Financial**
**Srvs**
_____
Creditor's Name

**POB 41602**
**Philadelphia, PA 19101**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**           $82,260.00          $165,000.00
**2017 Barko 495B Knuckleboom Serial #**
**11749524408**
_____

_____
**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 | **Industrial Capital LLC**                                   **Describe debtor's property that is subject to a lien**        $2,137.28          $0.00
_____
Creditor's Name

**214 Elm St, Ste 103**
**Washington, MO 63090**
_____
Creditor's mailing address                            _____
**Describe the lien**

_____
Creditor's email address, if known               _____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Date debt was incurred**                         **Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 3 of 7

Debtor  **Hendry Hardwoods LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **John Deere Credit** | **Describe debtor's property that is subject to a lien** | $69,325.53 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 5327**
**Madison, WI 53705**

Creditor's mailing address

**344K Four Wheel Drive Loader SN 033966. UCC No. 16933479001.**

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **John Deere Credit** | **Describe debtor's property that is subject to a lien** | $29,398.85 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 5327**
**Madison, WI 53705**

Creditor's mailing address

**333G Compact Trackloader SN 369934.**

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**0736**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $40,438.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Multi use account**

**Describe the lien**

---

Debtor  **Hendry Hardwoods LLC**                                      Case number (if known) _____
        Name

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**5520**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **PNC Equipment Finance** | **Describe debtor's property that is subject to a lien** | $14,799.01 | $119,000.00 |
|------|---------------------------|---------------------------------------------------------|------------|-------------|

Creditor's Name

**2013 Taylor 360 Lift Truck - paid $120k**

**995 Dalton Ave**
**Cincinnati, OH 45203**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **Targeted Lending Co LLC** | **Describe debtor's property that is subject to a lien** | $62,467.52 | $100,000.00 |
|------|-----------------------------|---------------------------------------------------------|------------|-------------|

Creditor's Name

**ABM JR Edger, @ saw Blades, Hydraulic System ($60,000) 125 Series Bandsaw Resaw. ($40,000)**

**POB 3892**
**Gig Harbor, WA 98335**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/2022**

**Last 4 digits of account number**
**8596**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Hendry Hardwoods LLC**                         Case number (if known) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                              ☐ Disputed

---

| 2.1 3 | **Taylor Leasing** | Describe debtor's property that is subject to a lien | $139,614.44 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**3690 Church Ave.**
**Louisville, MS 39339**
Creditor's mailing address

**Taylor TB-250M; Forklift-value $40k**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0104**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **United States Small Business** | Describe debtor's property that is subject to a lien | $180,026.34 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Administration**
**409 Third St SW**
**Washington, DC 20416**
Creditor's mailing address

**Blanket UCC No. 12889854001**

Describe the lien
**Commercial Security Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**
**11/26/2020**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7906**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$2,386,533.37**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **Hendry Hardwoods LLC**

Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ralph Waddel**<br>**Waddell Jones Cole PLLC**<br>**310 E Street Ste A**<br>**POB 1700**<br>**Jonesboro, AR 72403** | Line **2.1** | |
| **Targeted Lending Co LLC**<br>**POB 3892**<br>**Mineral, WA 98355** | Line **2.12** | **8596** |
| **United States Attorney**<br>**425 West Capitol, Suite 500**<br>**Little Rock, AR 72201** | Line **2.14** | |
| **United States Attorney General**<br>**Robert F. Kennedy Building**<br>**950 Pennsylvania Avenue**<br>**Suite 5137**<br>**Washington, DC 20530** | Line **2.14** | |

**Fill in this information to identify the case:**

Debtor name __**Hendry Hardwoods LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1** | Priority creditor's name and mailing address
**Arkansas Dept of Fin & Admin**
**DFA, Revenue Legal Counsel**
**P.O. Box 1272**
**Room 2380**
**Little Rock, AR 72203-1272**

Date or dates debt was incurred
**2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
**United States Treasury**
**Internal Revenue Service**
**P O Box 7317**
**Philadelphia, PA 19114**

Date or dates debt was incurred
**2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | **Unknown** | **Unknown** |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Hendry Hardwoods LLC**
Name

Case number (if known) _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,349.73 |

**Fidelity Investments**
**PO Box 770002**
**Cincinnati, OH 45277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **9084**

Basis for the claim:  **Credit Card - may be in the name of David and/or Redonna Hendry**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,504.79 |

**Greenpoint Ag**
**14804 N Hwy 79**
**Altheimer, AR 72004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,168.00 |

**Merchants & Planters Bank**
**297 Madison Street**
**Clarendon, AR 72029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,343.73 |

**Peggy Meitzen**
**Pettie & Meitzen PLLC**
**POB 2604**
**Batesville, AR 72503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Last 4 digits of account number ___

Basis for the claim:  **Judgment - See SFA - Judgment for Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney**<br>**425 West Capitol, Suite 500**<br>**Little Rock, AR 72201** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **United States Attorney General**<br>**Robert F. Kennedy Building**<br>**950 Pennsylvania Avenue**<br>**Suite 5137**<br>**Washington, DC 20530** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 55,366.25 |

Debtor  **Hendry Hardwoods LLC**
Name

Case number (*if known*)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $  55,366.25

**Fill in this information to identify the case:**

Debtor name  **Hendry Hardwoods LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Patterson** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Attorney For Landlord** | |
| State the term remaining | |
| List the contract number of any government contract | **Robery Abney**<br>**PO Box 246**<br>**Des Arc, AR 72040** |

**Fill in this information to identify the case:**

Debtor name __**Hendry Hardwoods LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **Taylor Leasing** | ■ D __**2.13**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **John Deere Credit** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **John Deere Credit** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **Ally Financial** | ■ D __**2.4**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **Agheritage Farm Credit Service** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Hendry Hardwoods LLC**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.6 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | Agheritage Farm<br>Credit Service | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | Arkansas Economic<br>Development | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | De Lage Landen<br>Financial Srvs | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | United States Small<br>Business | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | Agheritage Farm<br>Credit Service | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | PNC Equipment<br>Finance | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Van Hendry | 11241 Hwy 38<br>Ward, AR 72176 | Patterson | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name  **Hendry Hardwoods LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$890,430.78** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,071,703.38** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,058,230.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor **Hendry Hardwoods LLC**                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached List** | | **$0.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial P.O. Box 5328 Madison, WI 53705-0328** | | | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Peggy Meitzen v. Hendry Hardwoods LLC 32CV-23-219** | **Breach of Contract - 6/17/24 - Judgment** | **Indepence County Circuit Court 192 E. Main Batesville, AR 72501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Hendry Hardwoods LLC**                              Case number *(if known)*

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Keech Law Firm, PA<br>2011 S. Broadway<br>Little Rock, AR 72206** | | | **$0.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   __Hendry Hardwoods LLC_____   Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Hendry Hardwoods LLC**                                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor   **Hendry Hardwoods LLC**                          Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Arlene Castleberry**<br>**5327 Hwy 11 N**<br>**Des Arc, AR 72040** |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Arlene Castleberry**<br>**5327 Hwy 11 N**<br>**Des Arc, AR 72040** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **See Schedule D** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Van Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **Member** | **50** |

Debtor  **Hendry Hardwoods LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Redonna Hendry** | **11241 Hwy 38**<br>**Ward, AR 72176** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See attached List** |  |  |  |
|  | **Relationship to debtor** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Hendry Hardwoods LLC**_____     Case number *(if known)*_____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 30, 2024**_____

**/s/ David Hendry**_____          **David Hendry**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **8**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re **Hendry Hardwoods LLC**

Case No.

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $         **0.00**

   Prior to the filing of this statement I have received          $         **0.00**

   Balance Due                                                    $         **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 30, 2024**

*Date*

**/s/ Kevin P. Keech**
**Kevin P. Keech 98147**
*Signature of Attorney*
**Keech Law Firm, PA**
**2011 South Broadway**
**Little Rock, AR 72206**
**501 221 3200  Fax: 501 221 3201**
**kkeech@keechlawfirm.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Hendry Hardwoods LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Redonna Hendry**<br>**11241 Hwy 38**<br>**Ward, AR 72176** | **Member** | **50%** | **Member** |
| **Van Hendry**<br>**11241 Hwy 38**<br>**Ward, AR 72176** | **Member** | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 30, 2024**

Signature   **/s/ David Hendry**

**David Hendry**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re   **Hendry Hardwoods LLC** _____    Case No. _____

                          Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 30, 2024** _____      **/s/ David Hendry** _____

                                                  **David Hendry/Manager**
                                                  Signer/Title

Agheritage Farm Credit Service
119 E. Main
Little Rock, AR 72201


Agheritage Farm Credit Service
119 E. Third Street
Little Rock, AR 72201


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


Arkansas Dept of Fin & Admin
DFA, Revenue Legal Counsel
P.O. Box 1272
Room 2380
Little Rock, AR 72203-1272


Arkansas Economic Development
900 West Capitol Ave
Little Rock, AR 72201


De Lage Landen Financial Srvs
POB 41602
Philadelphia, PA 19101


Fidelity Investments
PO Box 770002
Cincinnati, OH 45277


Greenpoint Ag
14804 N Hwy 79
Altheimer, AR 72004


Industrial Capital LLC
214 Elm St, Ste 103
Washington, MO 63090


John Deere Credit
P. O. Box 5327
Madison, WI 53705


John Deere Financial
P.O. Box 5328
Madison, WI 53705-0328

```
Merchants & Planters Bank
297 Madison Street
Clarendon, AR 72029


Patterson


Peggy Meitzen
Pettie & Meitzen PLLC
POB 2604
Batesville, AR 72503


PNC Equipment Finance
995 Dalton Ave
Cincinnati, OH 45203


Ralph Waddel
Waddell Jones Cole PLLC
310 E Street Ste A
POB 1700
Jonesboro, AR 72403


Robery Abney
PO Box 246
Des Arc, AR 72040


Targeted Lending Co LLC
POB 3892
Gig Harbor, WA 98335


Targeted Lending Co LLC
POB 3892
Mineral, WA 98355


Taylor Leasing
3690 Church Ave.
Louisville, MS 39339


United States Attorney
425 West Capitol, Suite 500
Little Rock, AR 72201
```

```
United States Attorney General
Robert F. Kennedy Building
950 Pennsylvania Avenue
Suite 5137
Washington, DC 20530


United States Small Business
Administration
409 Third St SW
Washington, DC 20416


United States Treasury
Internal Revenue Service
P O Box 7317
Philadelphia, PA 19114


Van Hendry
11241 Hwy 38
Ward, AR 72176
```

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Hendry Hardwoods LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hendry Hardwoods LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 30, 2024**

Date

**/s/ Kevin P. Keech**

**Kevin P. Keech 98147**

Signature of Attorney or Litigant

Counsel for   **Hendry Hardwoods LLC**

**Keech Law Firm, PA**
**2011 South Broadway**
**Little Rock, AR 72206**
**501 221 3200 Fax:501 221 3201**
**kkeech@keechlawfirm.com**